United States District Court
Southern District of Texas
**ENTERED**
October 13, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KASHUN BRENNER, individually and on behalf of all others similarly situated | § § § | |
| VS | § § § | CIVIL ACTION NO. H-23-3527 |
| SPARK ENERBY LLC | § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal filed on October 4, 2023 (Doc. No. 6), this case is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

SIGNED at Houston, Texas, this ___11th___ day of October 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE